[No. 11550-0-III. Division Three. April 16, 1992.]

THE STATE OF WASHINGTON, *Respondent,* v. ALAN RANDOLF MORGAN, *Appellant.*

Appeal from a judgment of the Superior Court for Benton County, No. 91-1-00019-4, Fred R. Staples, J., entered

March 22, 1991. *Affirmed* by unpublished opinion per Munson, J., concurred in by Thompson, A.C.J., and Sweeney, J.